**Stephen L. MCMANAWAY,
Claimant–Appellant,**

v.

**Anthony J. PRINCIPI, Secretary of
Veterans Affairs, Respondent–
Appellee.**

No. 03–7063.

United States Court of Appeals,
Federal Circuit.

Oct. 20, 2004.

ORDER

Pursuant to the Court's letter dated September 23, 2004,

IT IS ORDERED THAT:

This appeal is dismissed.

**Loretta MORRISON, Claimant–
Appellant,**

v.

**Anthony J. PRINCIPI, Secretary of
Veterans Affairs, Respondent–
Appellee.**

No. 03–7067.

United States Court of Appeals,
Federal Circuit.

Oct. 20, 2004.

ORDER

Pursuant to the Court's letter dated September 23, 2004,

IT IS ORDERED THAT:

This appeal is dismissed.